# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BRADY WALSTAD ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 10-1328-JTM |
| ) | |
| McNEARNEY & ASSOCIATES, LLC ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Brady Walstad and the Defendant, McNearney & Associates, LLC, by and through its attorney of record, Brandon T. Pittenger of McNearney & Associates, LLC, and hereby provide notice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that Plaintiff voluntarily dismisses this action with Prejudice against Defendant with each party to bear his and its own cost, and the Defendant stipulates to the same.

McNEARNEY & ASSOCIATES, LLC

*/s/ Brandon T. Pittenger*
Brandon T. Pittenger    #20296
6800 College Blvd., Suite 400
Overland Park, KS 66211
(913) 323-4595, Ext. 132
(913) 661-1747 facsimile
brandon@mcnearneylaw.com
ATTORNEYS FOR DEFENDANT

Brady Walstad, *Pro Se*
428 Kansas
Colwich, Kansas 67030
PLAINTIFF